802 A.2d 1231

IN THE MATTER OF ROLF C. SCHUETZ,
JR., AN ATTORNEY AT LAW.

August 7, 2002.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 and *Rule* 1:20–3(g) recommending that **ROLF C. SCHUETZ, JR.,** of **CLIFTON** who was admitted to the bar of this State in 1991, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **ROLF C. SCHUETZ, JR.,** is temporarily suspended from the practice of law, effective immediately and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent pursuant to *Rule* 1:21–6, shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **ROLF C. SCHUETZ, JR.,** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.